**VACATE and DISMISS; and Opinion Filed December 19, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00739-CV

### GALLERIA MALL INVESTORS LP, Appellant

### V.

### GT DALLAS PROPERTIES, LLC, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05581**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lewis

We grant the parties' November 27, 2013 agreed motion to effectuate parties' agreement,

vacate the trial court's judgment without regard to the merits, and dismiss the case. *See* TEX. R.

APP. P. 42.1(a)(2), 43.2(e).

/David Lewis/
DAVID LEWIS
JUSTICE

130739F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

GALLERIA MALL INVESTORS LP,
Appellant

No. 05-13-00739-CV      V.

GT DALLAS PROPERTIES, LLC,
Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-05581.
Opinion delivered by Justice Lewis.
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's judgment and **DISMISS** the case.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 19th day of December, 2013.


/David Lewis/
DAVID LEWIS
JUSTICE